IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO RAINER, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:11-cv-414-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #48) filed on August 2, 2013 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #37) entered on May 22, 2013 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by Rainer is DENIED.

DONE this the 14th day of August, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE